D. Blair Clark, ISB No. 1367
LAW OFFICES OF D. BLAIR CLARK PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com

Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: **IDC ENTERPRISES, INC.,** Debtor. | Case No. **20-20081-NGH** Chapter 7 |
| **IDC ENTERPRISES, INC., an Idaho corporation**, Plaintiff/Counterdefendant v. **VIKING LUMBER COMPANY, INC., an Alaska corporation,** Defendant/Counterclaimant. | Adv. Case No. 20-07012-NGH |

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF IDAHO    )
                 ) ss
COUNTY OF ADA    )

D. BLAIR CLARK, being first duly sworn on oath deposes and says:

That he is the attorney with the Law Offices of D. Blair Clark PC, with office in Boise,

Idaho.

That your affiant was retained by Debtor, IDC ENTERPRISES, INC., to represent it in the above-entitled action and the related adversary proceeding.

That the attorney-client relationship between Debtor and counsel has deteriorated and has become irretrievably broken. Moreover, Client owes Counsel over $35,000.00 in post-conversion fees, and Debtor has declined to pay the same or make any arrangement thereto. It is impossible for Counsel to work for free in this case, which is what Debtor wants him to do. Counsel cannot represent Debtor properly under the circumstances, both in the bankruptcy case and in the adversary proceeding. Mr. Lunders is now blaming counsel for all of the problems he is facing. An identical Affidavit is being filed in the adversary proceeding as well. At this moment, the main case involves a motion for substantive consolidation, which will take a great deal of time and could involve counsel being in a conflict situation down the road between Debtor, Mr. Lunders, and his other entities. The adversary proceeding is now starting to proceed, and is under the control of the Trustee. Mr. Lunders is not a party to that case at the present time.

That it would be severely injurious and detrimental, considering the nature of this case, for the undersigned to remain as counsel of record in these circumstances. Moreover, Debtor and Mr. Lunders are becoming hostile toward the undersigned after his request for some type of payment arrangement.

That counsel has advised Debtor that it needs to find substitute counsel forthwith.

Dated this 7th day of July, 2021.

/s/ _____

                                                D. Blair Clark

SUBSCRIBED AND SWORN to before me, this 7th day of July, 2021.

                                                /s/ Mary Beth Christy

                                                Notary Public for Idaho
(seal)                                     Residing at Boise, Idaho
                                                My commission expires: 9/25/23