## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | Case No. 20-20081-NGH |
| **IDC ENTERPRISES, INC.,** | Chapter 7 |
| Debtor. | |
| **IDC ENTERPRISES, INC., an Idaho corporation,** | Adv. Case No. 20-07012-NGH |
| Plaintiff/Counterdefendant | |
| v. | |
| **VIKING LUMBER COMPANY, INC., an Alaska corporation,** | |
| Defendant/Counterclaimant. | |

### ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER having come before the Court upon the Motion to Withdraw (Doc. No. 50) of D. BlairClark, and good cause appearing, and the Court having allowed withdrawal,

IT IS HEREBY ORDERED that D. Blair Clark and the Law Office of D. Blair Clark, PC, be, and hereby is, permitted to withdraw as attorney of record for the Debtor in this adversary proceeding pursuant to the provisions of LBR 9010.1(f).  //end of text//

DATED: July 30, 2021



NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by D. Blair Clark