Randall A. Peterman, ISB No. 1944
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
15244-0001

Robert P. Blasco (*admitted pro hac vice*)
Megan J. Costello (*admitted pro hac vice*)
Hoffman & Blasco, LLC
9360 Glacier Highway, Suite 202
Juneau, Alaska 99801
Telephone  (907) 586-3340
Facsimile  (907) 586-6818
rpblasco@hoffmanblasco.com
mjcostello@hoffmanblasco.com

Attorneys for Viking Lumber Company, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDC ENTERPRISES, INC.,<br><br>　　　　　　Debtor. | Case No. 20-20081-NGH<br>Chapter 7 |
| PATRICK J. GEILE, as chapter 7 Trustee of IDC ENTERPRISES, INC., an Idaho corporation,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>VIKING LUMBER COMPANY, INC., an Alaska corporation,<br><br>　　　　　Defendant/Counterclaimant. | Adversary No. 20-07012-NGH |

**MOTION TO AMEND ORDER APPROVING MOTION
TO WITHDRAW AS COUNSEL OF RECORD - 1**

15796377.1

Document      Page 2 of 7

**MOTION TO AMEND ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW the Defendant, Viking Lumber Company, Inc. ("Viking" or "Defendant"), by and through its undersigned counsel, and files this Motion to Amend Order Approving Motion to Withdraw as Counsel of Record ("Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9024(a) and (b) as follows:

1. On July 7, 2021, counsel for debtor IDC Enterprises, Inc. ("Debtor"), D. Blair Clark, filed a Motion to Withdraw (CR 50).

2. On August 2, 2021, the Order Approving Motion to Withdraw as Counsel of Record (CR 60) ("Order for Withdrawal") was entered.

3. Local Bankruptcy Rule 9010.1(f)(2) requires:

> . . . When appropriate, the withdrawing attorney shall submit a ***proposed order which directs the client to appear in person or appoint another attorney to appear, and to file a written notice with the court stating how the client will be represented within twenty-one (21) days from the date of the order authorizing withdrawal***. The order shall also inform the client that no further proceedings will be held in the action that would affect the client's rights within those twenty-one (21) days but failure to appear in the action in person or through newly appointed counsel within that twenty-one (21) day period shall be sufficient grounds for entry of default or dismissal of the action without further notice.

LBR 9010.1(f)(2), emphasis added.

4. The Order for Withdrawal does not contain the language identified in the Local Rule with regard to the 21-day timeframe for the Debtor to secure new counsel and appear in this adversary proceeding.

5. Federal Rule of Bankruptcy Procedure 9024(a) and (b) allows relief from an order based upon (a) clerical mistakes, oversights and admissions; and (b) mistake,

TO WITHDRAW AS COUNSEL OF RECORD - 2**                                  15796377.1

inadvertence, surprise, or excusable neglect. Rule 9024 justifies entry of a modified Order for Withdrawal, which reflects the necessary Local Bankruptcy Rule 9010.1(f)(2) language.

6. Relief is necessary because both the Trustee and the Debtor have repeatedly represented to the Court and interested parties that the Debtor is solvent, i.e., that upon liquidation of all of the assets of the estate, there will be sufficient funds to pay all creditors, with an excess amount which will be distributed to the Debtor. As a result, the Debtor continues to be a real party-in-interest, such that compliance with the local rule is necessary.

7. Unless this Motion is granted, Viking will be denied the relief to which it is entitled under the Local Rule.

8. Compliance with the Local Rule should be required of the Debtor in this case, given the facts and circumstances of the case, and in order to provide total relief among the parties.

WHEREFORE, Viking requests that this Court enter an order in the form required by Local Bankruptcy Rule 9010.1(f)(2). A copy of the proposed form of the modified order is attached hereto as **Exhibit A**.

DATED this 18th day of August, 2021.

GIVENS PURSLEY LLP

By  */s/ Randall A. Peterman*
Randall A. Peterman – Of the Firm
Attorneys for Defendant Viking Lumber
Company, Inc.

**MOTION TO AMEND ORDER APPROVING MOTION
TO WITHDRAW AS COUNSEL OF RECORD - 3**

15796377.1

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 18th day of August, 2021, I filed the foregoing **MOTION TO AMEND ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com

**Matthew T. Christensen**
mtc@angstman.com
mtcecf@gmail.com
megan@angstman.com
mlanderson@angstman.com
abbie@angstman.com
ecf@angstman.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

**Patrick J. Geile**
pgeile@foleyfreeman.com
ID21@ecfcbis.com
nwagoner@foleyfreeman.com

      AND, I FURTHER CERTIFY that on such date I served the foregoing **MOTION TO AMEND ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD** on the following non-CM/ECF Registered Participants in the manner indicated:

IDC Enterprises, Inc.        (X) U.S. Mail, Postage Prepaid
450 White Bird Street        ( ) Hand Delivered
Grangeville, ID 83530        ( ) Overnight Mail
      ( ) Facsimile

                          */s/ Randall A. Peterman*
                          Randall A. Peterman

**MOTION TO AMEND ORDER APPROVING MOTION
TO WITHDRAW AS COUNSEL OF RECORD - 4**

15796377.1

Exhibit A

Exhibit A

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IDC ENTERPRISES, INC.,<br><br>　　　　　　Debtor.<br><br>---<br><br>PATRICK J. GEILE, as chapter 7 Trustee of IDC ENTERPRISES, INC., an Idaho corporation,<br><br>　　　　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>VIKING LUMBER COMPANY, INC., an Alaska corporation,<br><br>　　　　　　Defendant/Counterclaimant. | Case No. 20-20081-NGH<br>Chapter 7<br><br><br>Adversary No. 20-07012-NGH |

## AMENDED ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER having come before the Court upon the Motion to Withdraw (Doc. No. 50) of D. Blair Clark, and good cause appearing, and the Court having allowed withdrawal,

IT IS HEREBY ORDERED that:

1.　　D. Blair Clark and the Law Office of D. Blair Clark, PC, be, and hereby is, permitted to withdraw as attorney of record for the Debtor in this adversary proceeding pursuant to the provisions of LBR 9010.1(f).

2.　　Within twenty-one (21) days of the date of this Order, the Debtor is hereby directed to appear in person or appoint another attorney to appear, and to file a written notice with the Court stating how the Debtor will be represented.

**AMENDED ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD - 1**

        3.        The Debtor is hereby notified that no further proceedings will be held in the action that would affect the Debtor's rights within such twenty-one (21) days day period.

        4.        The Debtor is further notified that failure to appear in this action in person or through newly appointed counsel within twenty-one (21) days of the date of entry of this Order shall be sufficient grounds for entry of default or dismissal of the action without further notice or other such remedy as determined by the Court.

//end of text//

**AMENDED ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD - 2**